William C. Jeanney, Esq.
California State Bar No. 122585
BRADLEY, DRENDEL & JEANNEY
401 Flint St.
Reno, Nevada 89501
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993

Tom Gifford, Esq.
California State Bar No. 135759
THE LAW OFFICE OF GIFFORD & HARR
113 W. North Street
Alturas, CA 96101
Telephone No. (530) 233-3100
Facsimile No. (530) 233-3191
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DOROTHY CAMPBELL, | Case No. 2:11-CV-01540-MCE-CMK |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF PERMISSION TO FILE HER SECOND AMENDED COMPLAINT** |
| HARTFORD LIFE INSURANCE CO., a foreign corporation; and DOES 1 to 20, Inclusive, | |
| Defendant. | |

The Court having duly considered the Stipulation for Plaintiff to File Her Second Amended Complaint,

IT IS HEREBY ORDERED that the Second Amended Complaint can be filed and that the hearing regarding the Defendant's Motion to Dismiss/Strike (ECF No. 5), currently scheduled for August 11, 2011 at 2:00 p.m., is vacated.

Dated: August 1, 2011

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICE OF
BRADLEY, DRENDEL
& JEANNEY
401 FLINT STREET
RENO, NV 89501
(775) 335-9999