UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DOROTHY CAMPBELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY; and DOES 2-20, inclusive,<br><br>　　　　　Defendants. | Case No.  11-CV-01540-MCE-CMK<br><br>**ORDER GRANTING DEFENDANT HARTFORD LIFE INSURANCE COMPANY'S REQUEST TO STRIKE PLAINTIFF'S UNTIMELY REPLY FOR HER MOTION TO REMAND ACTION TO STATE COURT, OR ALTERNATIVELY, REQUEST TO FILE SUR-REPLY BRIEF**<br><br>Date:　August 11, 2011 [VACATED]<br>Time:　2:00 p.m.<br>Ctrm:　7<br><br>Hon. Morrison C. England |

FOR GOOD CAUSE SHOWN,  IT IS HEREBY ORDERED THAT

　　　Hartford shall be permitted to file a three-page Sur-reply brief not later five (5) days after the date this Order is electronically filed.  No further replies will be permitted.

　　　IT IS SO ORDERED.

Dated:  8/18/2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE