Melissa M. Cowan, (SBN 175326)
E-mail: mcowan@bwslaw.com
Keiko J. Kojima, (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendant
Hartford Life Insurance Company (sued and served as Doe Defendant 1)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DOROTHY CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY; and DOES 2-20, inclusive,<br><br>Defendants. | Case No. 2:11-CV-01540-MCE-CMK<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as to all parties. The parties are to bear their own respective attorneys' fees and costs.

Dated: July 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4830-9115-5984 v1   - 1 -   CASE NO.: 2:11-CV-01540-MCE-CMK
ORDER RE STIPULATION
FOR DISMISSAL